# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

HEADLAND VENTUIRES, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Mike Brain, an individual and dba Mike's Bikes

CV 08 0059 JSW

E-filing

TO: (Name and address of defendant)

Mike Brain
Mikes Bikes
1150 Contra Costa Blvd.
Pleasant Hill, CA 94523

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Philip Green (SBN 092389)
1000 4th Street, Suite 595
San Rafael, CA 94901

(415) 457-8300

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  1-4-08

**ANNA SPRINKLES**

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 1/14/08 |
| Name of SERVER RESCUE DELIVERY / BEN BROWNING | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:
MIKES BIKES
1150 CONTRA COSTA BLVD.       11:44 AM
PLEASANT HILL, CA 94523

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/14/08
                  Date

Signature of Server: Ben Browning / RESCUE

Address of Server: 1218-B SAN ANSELMO AV. SAN ANSELMO, CA 94979

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure