WILLIAM E. ADAMS #153330
DAWN NEWTON #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: wadams@fablaw.com; dnewton@fablaw.com

Attorneys for Defendant Mike Brain, dba Mike's Bikes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| HEADLANDS VENTURES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MIKE BRAIN, an individual and dba Mike's Bikes<br><br>Defendant | Case No.: CV 08-0059 JSW<br><br>ANSWER TO COMPLAINT<br><br>Jury Trial Demanded |

Defendant Mike Brain, also dba Mike's Bikes ("Defendant") submits his Answer to the claims of Plaintiff Headland Ventures, LLC ("Plaintiff") alleging Trademark Infringement, Unfair Competition, Cybersquatting and Domain Name Infringement, Fraud and Palming Off, Dilution and False Designation of Origin, and for a Permanent Injunction and denies any and all such allegations, and further admits or denies the specific allegations of the Complaint and states the affirmative defenses as follows:

1.  On information and belief, Defendant admits that the Complaint has been brought for the claims enumerated in paragraph 1 of the Complaint.

2.  Defendant admits that the Court has jurisdiction of the action as alleged in paragraph 2 of the Complaint.

3.  Defendant admits that he resides in the San Francisco Bay Area and, on information and belief, admits that Plaintiff is headquartered in the San Francisco Bay Area.

4. On information and belief, Defendant admits that the allegations of paragraph 4 of the Complaint regarding Headland Ventures, LLC. On information and belief, Defendant denies that Plaintiff is named Headland Ventures, Inc.

5. Defendant admits the allegations of paragraph 5 of the Complaint.

6. Defendant admits that he owns Mike's Bikes as a sole proprietorship and that Mike's Bikes is presently located at 1150 Contra Costa Blvd., Pleasant Hill, CA 94523. Defendant finds the balance of paragraph 6 unintelligible and therefore lacks information to form a belief as to the facts alleged in paragraph 6 of the Complaint and on that basis denies them.

7. Defendant lacks information to form a belief as to the facts alleged in paragraph 7 of the Complaint and on that basis denies them.

8. Defendant denies that Plaintiff or its predecessors in interest have used the trademark MIKE'S BIKES for more than 44 years. Defendant lacks information to form a belief as to the balance of the facts alleged in paragraph 8 of the Complaint and on that basis denies them.

9. Defendant lacks information to form a belief as to the facts alleged in paragraph 9 of the Complaint and on that basis denies them.

10. Defendant lacks information to form a belief as to the facts alleged in paragraph 10 of the Complaint and on that basis denies them.

11. Defendant lacks information to form a belief as to the facts alleged in paragraph 11 of the Complaint and on that basis denies them.

12. Defendant admits that Exhibit 1 to the Complaint contains a printed advertisement for "Mike's Bicycle Center." Defendant lacks information to form a belief as to the balance of the facts alleged in paragraph 12 of the Complaint and on that basis denies them.

13. Defendant admits the allegations of paragraph 13 of the Complaint.

14. Defendant lacks information to form a belief as to the facts alleged in paragraph 14 of the Complaint and on that basis denies them.

15. Defendant lacks information to form a belief as to the facts alleged in paragraph

1    15 of the Complaint and on that basis denies them.

2        16.    Defendant lacks information to form a belief as to the facts alleged in paragraph 16 of the Complaint and on that basis denies them.

3        17.    Defendant admits that Plaintiff operates six stores in Northern California, in San Francisco, San Rafael, Berkeley, Palo Alto, and Sacramento. Defendant lacks information to form a belief as to the balance of the facts alleged in paragraph 17 of the Complaint and on that basis denies them.

    18.    Defendant admits the allegations of paragraph 18 of the Complaint.

    19.    Defendant admits that his name is Mike Brain and that his business is a bicycle sales and repair shop. Defendant denies the balance of the allegations of paragraph 19 of the Complaint.

    20.    Defendant admits that he conducts business through his website at http://mikesbicycles.com and also advertises his business under the name of his shop, Mike's Bikes. Defendant lacks information to form a belief as to the balance of the facts alleged in paragraph 20 of the Complaint and on that basis denies them.

    21.    Defendant admits that he conducts business in and around Pleasant Hill, California, and derives revenue from his business activities, and admits that his residence is within the jurisdictional reach of this Court. Defendant denies the balance of the allegations of paragraph 21 of the Complaint.

    22.    Defendant denies the allegations of paragraph 22 of the Complaint.

    23.    Defendant admits the allegations of paragraph 23 of the Complaint.

    24.    Defendant admits that he has sold bicycle maintenance and repair services and retail services of bicycles and bicycle parts, apparel and accessories since at least February 1982. Defendant lacks information to form a belief as to the balance of the facts alleged in paragraph 24 of the Complaint and on that basis denies them.

    25.    Defendant admits the allegations of paragraph 25 of the Complaint.

    26.    Defendant admits that he sells bicycles and bicycle related products and services to the public in and around Pleasant Hill, California. Defendant denies the balance of the

1 allegations of paragraph 26 of the Complaint.

2   27.   Defendant admits the allegations of paragraph 27 of the Complaint.

3   28.   Defendant lacks information to form a belief as to the facts alleged in paragraph 28 of the Complaint and on that basis denies them.

5   29.   Defendant lacks information to form a belief as to the facts alleged in paragraph 29 of the Complaint and on that basis denies them.

7   30.   Defendant denies the allegations of paragraph 30 of the Complaint.

8   31.   Defendant admits that his website states, "Mike's Bikes started in 1982 in Pleasant Hill, CA. Mike was the first mobile bike mechanic." Defendant denies the balance of the allegations of paragraph 31 of the Complaint.

11  32.   Defendant admits that Plaintiff sent Defendant a letter dated June 28, 2006 alleging that Defendant was infringing on Plaintiff's trademarked name and domain name and demanding that Defendant cease using his business name and domain name. Defendant denies the balance of the allegations of paragraph 32 of the Complaint.

15  33.   Defendant denies the allegations of paragraph 33 of the Complaint.

16  34.   Defendant incorporates its responses to paragraphs one through thirty-three of the Complaint, inclusive, as if fully set forth herein.

18  35.   Defendant denies the allegations of paragraph 35 of the Complaint.

19  36.   Defendant denies the allegations of paragraph 36 of the Complaint.

20  37.   Defendant admits that there is not and has never been a connection between Plaintiff's and Defendant's businesses. Defendant denies the balance of the allegations of paragraph 37 of the Complaint.

23  38.   Defendant lacks information to form a belief as to the facts alleged in paragraph 38 of the Complaint and on that basis denies them.

25  39.   Defendant denies the allegations of paragraph 39 of the Complaint.

26  40.   Defendant denies the allegations of paragraph 40 of the Complaint.

27  41.   Defendant lacks information to form a belief as to the facts alleged in paragraph 41 of the Complaint and on that basis denies them.

42. Defendant incorporates its responses to paragraphs one through forty-one of the Complaint, inclusive, as if fully set forth herein.

43. Defendant denies the allegations of paragraph 43 of the Complaint.

44. Defendant denies that Plaintiff is entitled to any of the relief sought in the Complaint, or any relief at all.

45. Defendant incorporates its responses to paragraphs one through forty-four of the Complaint, inclusive, as if fully set forth herein.

46. Defendant denies the allegations of paragraph 46 of the Complaint.

47. Defendant denies the allegations of paragraph 47 of the Complaint.

48. Defendant denies the allegations of paragraph 48 of the Complaint.

49. Defendant denies the allegations of paragraph 49 of the Complaint.

50. Defendant denies the allegations of paragraph 50 of the Complaint.

51. Defendant lacks information to form a belief as to the facts alleged in paragraph 51 of the Complaint and on that basis denies them.

52. Defendant incorporates its responses to paragraphs one through fifty-one of the Complaint, inclusive, as if fully set forth herein.

53. Defendant denies the allegations of paragraph 53 of the Complaint.

54. Defendant denies the allegations of paragraph 54 of the Complaint.

55. Defendant admits that he registered the domain name of mikesbicycles on or about September 26, 2000. Defendant denies that he did so in bad faith or with any intent regarding Plaintiff. Defendant lacks information to form a belief as to the balance of the facts alleged in paragraph 55 of the Complaint and on that basis denies them.

56. Defendant denies the allegations of paragraph 56 of the Complaint.

57. Defendant denies the allegations of paragraph 57 of the Complaint.

58. Defendant denies the allegations of paragraph 58 of the Complaint.

59. Defendant lacks information to form a belief as to the facts alleged in paragraph 59 of the Complaint and on that basis denies them.

60. Defendant lacks information to form a belief as to the facts alleged in paragraph

1  60 of the Complaint and on that basis denies them.

2      61.    Defendant incorporates its responses to paragraphs one through sixty of the Complaint, inclusive, as if fully set forth herein.

4      62.    Defendant denies the allegations of paragraph 62 of the Complaint.

5      63.    Defendant denies the allegations of paragraph 63 of the Complaint.

6      64.    Defendant denies that Plaintiff has used the mark MIKE'S BIKES in radio advertising since the mid-1960s. Defendant lacks information to form a belief as to the balance of the facts alleged in paragraph 64 of the Complaint and on that basis denies them.

9      65.    Defendant lacks information to form a belief as the facts alleged in paragraph 65 of the Complaint and on that basis denies them.

11      66.    Defendant denies the allegations of paragraph 66 of the Complaint.

12      67.    Defendant denies the allegations of paragraph 67 of the Complaint.

13      68.    Defendant denies the allegations of paragraph 68 of the Complaint.

14      69.    Defendant incorporates its responses to paragraphs one through sixty-eight of the Complaint, inclusive, as if fully set forth herein.

16      70.    Defendant admits that Plaintiff federally registered the mark MIKE'S BIKES as alleged in the Complaint. Defendant denies that the marks MIKE'S BIKES and MIKE'S as used by Plaintiff are strong and distinctive. Defendant lacks information to form a belief as to the balance of the facts alleged in paragraph 70 of the Complaint and on that basis denies them.

20      71.    Defendant denies the allegations of paragraph 71 of the Complaint.

21      72.    Defendant denies the allegations of paragraph 72 of the Complaint.

22      73.    Defendant admits that he has used the name Mike's Bikes as its business name in connection with goods sold in California. Defendant lacks information to form a belief as to the balance of the facts alleged in paragraph 73 of the Complaint and on that basis denies them.

25      74.    Defendant denies the allegations of paragraph 74 of the Complaint.

26      75.    Defendant denies the allegations of paragraph 75 of the Complaint.

27      76.    Defendant denies the allegations of paragraph 76 of the Complaint.

28      77.    Defendant denies the allegations of paragraph 77 of the Complaint.

78.  Defendant incorporates its responses to paragraphs one through seventy-seven of the Complaint, inclusive, as if fully set forth herein.

79.  Defendant admits that he has sold goods and services in California under the name Mike's Bikes. Defendant lacks information to form a belief as to the balance of the facts alleged in paragraph 79 of the Complaint and on that basis denies them.

80.  Defendant denies the allegations of paragraph 80 of the Complaint.

81.  Defendant denies the allegations of paragraph 81 of the Complaint.

82.  Defendant denies that Plaintiff is entitled to any relief prayed for in the Complaint.

## AFFIRMATIVE DEFENSES

Defendant hereby asserts the following Affirmative Defenses to the Complaint:

a.  Plaintiff's claims, and each of them, fail to state a cause of action upon which relief may be granted.

b.  Plaintiff's claims, and each of them, are barred by the doctrine of laches.

c.  Plaintiff's claims, and each of them, are barred by the applicable statutes of limitation, including, but not limited to, 28 U.S.C. § 1658 and Cal. Code Civ. Pro. § 338.

d.  Plaintiff's claims, and each of them, are barred by Defendant's prior use of the marks at issue.

e.  Plaintiff's claims, and each of them, are barred by the doctrine of waiver.

f.  Plaintiff's claims, and each of them, are barred by the doctrine of estoppel.

g.  Plaintiff's claims, and each of them, are barred by the doctrine of unclean hands.

h.  Plaintiff's claims, and each of them, are barred by Plaintiff's conduct constituting acquiescence to Defendant's use of the marks at issue.

i.  Plaintiff's claims, and each of them, are barred by Plaintiff's conduct constituting abandonment of rights, if it ever held any, in the marks at issue.

j.  Plaintiff's claims, and each of them, are barred by the weakness of the

1  marks at issue, and Plaintiff's federally registered marks should be cancelled.

2       k.    Defendant reserves the right to add further affirmative defenses at a later
3  time.

4  Dated: February 4, 2008        FITZGERALD ABBOTT & BEARDSLEY LLP

5
6                                 By _____
                                   Dawn Newton
7                                     Attorneys for Defendant Mike Brain, dba Mike's Bikes

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28