Philip Green (SBN 092389)
1000 4th Street, Suite 595
San Rafael, CA 94901

(415) 457-8300
phil@iplegal.com

Attorney for Plaintiff
Headlands Ventures, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO BRANCH

| | |
|---|---|
| Headlands Ventures, LLC, | Case No.: CV 08- 0059 JSW |
| Plaintiff, | PLAINTIFF'S ADR CERTIFICATION |
| vs. | |
| Mike Brain, dba Mike's Bikes, | |
| Defendant | |

Pursuant to Civil L.R. (Local Court Rule) 16-8(b) and ADR L.R. 3-5 (b), each of

the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern

District of California on the Court's ADR Internet site

www.adr.cand.uscourts.gov.;

(2) Discussed the available dispute resolution options provided by the Court and

private entities; and

(3) Considered whether this case might benefit from any of the available Dispute

Resolution options.

Dated: March 18, 2008

1

2
_____

3  Philip R. Green, Attorney for:

4

5

6  Headlands Ventures, L.L.C.

7  By:

8

9

10  _____

11  Kendrick Martin Manager of Headlands Ventures, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25