Philip Green (SBN 092389)
Beverly R. Green (SBN 092388)
1000 4th Street, Suite 595
San Rafael, CA 94901

(415) 457-8300
phil@iplegal.com

Attorney for Plaintiff
Headlands Ventures, LLC

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO BRANCH

| | |
|---|---|
| Headlands Ventures, LLC, | Case No.: CV 08- 0059 JSW |
| Plaintiff, | **STATEMENT OF INTERESTED PARTIES OF HEADLANDS VENTURES, LLC** |
| vs. | |
| Mike Brain, dba Mike's Bikes, | |
| Defendant | |

Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for Plaintiff

Headlands Ventures, LLC certifies that the following listed persons and entities (i)

have a financial interest in the subject matter in controversy or in a party to the

proceeding, or (ii) have a non-financial interest in that subject matter or in a party

that could be substantially affected by the outcome of the proceeding:

| **Person/Entity** | **Relationship/Interest** |
|---|---|
| Headlands Ventures, LLC | Plaintiff |
| Mike Gabrys and Kendrick Martin | Members of Headlands Ventures, L.L.C. |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Philip R. Green*

Philip Green (SBN
092389)
Attorney for Headlands
Ventures, LLC