# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**           **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 11, 2008                **Court Reporter**: Kathy Wyatt


**CASE NO. C-08-0059  JSW**

**TITLE:**  Headland Ventures LLC v Mike Brain, et al.,


**COUNSEL FOR PLAINTIFF:**           **COUNSEL FOR DEFENDANT:**

Philip Green                          Dawn Newton


**PROCEEDINGS:**   Initial Case Management Conference


**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by April 18, 2008.                .

**ADR:  Settlement Conference with a Magistrate Judge to be completed by 7-10-08.**

**Discovery in aide of preparation of settlement conference:**
**The Court will allow 1 round of written discovery and 1 deposition per side to be completed by 6-30-08.**

**Further CMC:  8-8-08 at 1:30 p.m.**
**Joint Supplemental CMC statement due:  8-1-08**


**cc: Wings Hom**