**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEADLAND VENTURES, LLC,

    Plaintiff,

v.

MIKE BRAIN,

    Defendant.

No. C 08-00059 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

    Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of a settlement conference, to be completed, if possible, by no later than July 10, 2008.

    **IT IS SO ORDERED.**

Dated: April 11, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom