UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEADLAND VENTURES LLC | |
|     Plaintiff(s), | No. C08-0059 JSW (BZ) |
| v. | **NOTICE OF RECUSAL** |
| MIKE BRAIN, | |
|     Defendant(s). | |

I hereby recuse myself in the above action.

Dated: April 17, 2008

                                          _____
                                          Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\HEADLAND VENTURES.RECUSAL.wpd

1