1  WILLIAM E. ADAMS #153330
   DAWN NEWTON #209002
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: wadams@fablaw.com; dnewton@fablaw.com
5
   Attorneys for Defendant Mike Brain, dba Mike's Bikes
6

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10 HEADLANDS VENTURES, LLC, a                Case No.: CV 08-0059 JSW
   California Limited Liability Company,
11                                           DEFENDANT'S STATEMENT
              Plaintiff,                     REGARDING CONSENT TO A
12                                           MAGISTRATE JUDGE
       vs.
13
   MIKE BRAIN, an individual and dba Mike's
14 Bikes

15            Defendant

16

17     Pursuant to the Court's Order of April 11, 2008, Defendant's counsel has discussed the

18 issue of consent to submitting this matter to the jurisdiction of a Magistrate Judge with

19 Defendant. On Thursday, April 17, 2008, the undersigned conferred with Plaintiff's counsel by

20 telephone regarding the parties' willingness to consent and discussed potential Magistrate

21 Judges. Plaintiff's counsel indicated that he was still trying to contact his client and would

22 advise Defendant's counsel of Plaintiff's position soon. Defendant's counsel has not heard from

23 Plaintiff's counsel since that communication. The undersigned made additional efforts to

24 contact Plaintiff's counsel on April 21, 2008 regarding this matter and has not received a reply.

25 Consequently, Defendant hereby submits a separate statement regarding consent to a Magistrate

26 Judge in an effort to comply with this Court's Order.

27

28                                           1
   DEFENDANT'S STATEMENT REGARDING CONSENT TO A MAGISTRATE JUDGE
                        CASE NO.: CV 08-0059 JSW
   4/21/08 (25202) #298602.1

1 | Defendant will consent to submitting this matter to a Magistrate Judge and, pursuant to
2 this Court's invitation to submit a request for a particular judge, requests that this matter be
3 submitted to Magistrate Judge Elizabeth LaPorte, if Plaintiff agrees. Defendant respectfully
4 reserves the right to withdraw this consent if Plaintiff subsequently agrees but requests a
5 different Magistrate Judge.

7 Dated: April 21, 2008    FITZGERALD ABBOTT & BEARDSLEY LLP

9 By _____
Dawn Newton
Attorneys for Defendant
10 Mike Brain