IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEADLAND VENTURES, LLC,

    Plaintiff,                                      No. C 08-00059 JSW

  v.

MIKE BRAIN,                                       **ORDER TO SHOW CAUSE**

    Defendant.
_____/

      On April 11, 2008, this Court ordered the parties to submit a consent or declination for reassignment to a Magistrate Judge for all purposes by no later than April 18, 2008. Although Defendant submitted his consent to consent to Magistrate Judge Elizabeth D. LaPorte, this Court has received no notice from Plaintiff.

      Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than April 25, 2008, as to why this case should not be dismissed for failure to comply with this Court's orders. Plaintiff must additionally submit a statement regarding consent or declination to proceed before Magistrate Judge LaPorte by no later than April 25, 2008. Failure to respond

///
///
///
///

to this Order shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: April 22, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE