Philip Green (SBN 092389)
Beverly R. Green (SBN 092388)
1000 4th Street, Suite 595
San Rafael, CA 94901

(415) 457-8300
phil@iplegal.com

Attorney for Plaintiff
Headlands Ventures, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO BRANCH**

| | |
|---|---|
| Headlands Ventures, LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>Mike Brain, dba Mike's Bikes,<br><br>        Defendant | Case No.: CV 08- 0059 JSW<br><br>PLAINTIFF's STATEMENT RE<br><br>REFERRAL TO MAGISTRATE JUDGE |

Pursuant to the Court's Order of April 11, 2008, Defendant's counsel has discussed the issue of consent to submitting this matter to the jurisdiction of a Magistrate Judge with Plaintiff.   Plaintiff will not at this time consent to submitting this matter to a Magistrate Judge. Plaintiff respectfully reserves the right to consent at a later time to a Magistrate Judge.

Dated: April 22, 2008

*Philip R. Green*
_____

Philip Green (Cal St Bar 092389),
Attorney for Headlands Ventures, L.L.C.