Philip Green (SBN 092389)
Beverly R. Green (SBN 092388)
1000 4th Street, Suite 595
San Rafael, CA 94901

(415) 457-8300
phil@iplegal.com

Attorney for Plaintiff
Headlands Ventures, LLC

William E. Adams (SBN 153330)
Dawn Newton (SBN 209002)
FITZGERALD ABBOTT & BEARDSLEY, LLP
1221 Broadway, 21st Floor
Oakland, CA 93612

Tel: (510) 451-3300
Fax (510) 451-1527

wadams@fablaw.com
dnewton@fablaw.com

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO BRANCH

| | |
|---|---|
| Headlands Ventures, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Mike Brain, dba Mike's Bikes,<br><br>　　　　Defendant | Case No.: CV 08- 0059 JSW (EMC)<br><br>STIPULATION TO CONTINUE SETTLEMENT CONFERENCE ; ORDER THEREON<br><br>Judge: HONORABLE JEFFREY S. WHITE<br><br>Complaint Filed:　　January 4, 2008<br>Trial Date:　　　　　None Set |

## Stipulation to Continue Settlement Conference

### STIPULATION

WHEREAS, the parties stipulated to ADR consisting of a Settlement Conference with a Magistrate Judge not assigned to this matter and

WHEREAS, the Hon. Edward M. Chen United States Magistrate and this Court set July 10, ~~11~~ 2008 as the date for the Settlement Conference,

WHEREAS, however the witness who would appear at the ADR hearing FOR Headlands Ventures, L.L.C. is out of the country in Africa on a charitable mission and will be unavailable July 11 2008;

WHEREAS, counsel for the parties have met and conferred and agree as follows:

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE THAT:

Subject to Court and Magistrate-Judge approval, the hearing date for the Settlement Conference shall be July 7, 2008 at 9:30 am (or such time as the Magistrate-Judge shall set).

Dated: April 28, 2008      Law Offices of Green & Green

*Philip R. Green*

By: Philip Green ATTORNEY for Headlands Ventures, LLC.

Dated: 4/28/08      _____ Fitzgerald Abbott

Case No.: CV 08- 0059 JSW   - 2 -   STIP CONTINUE Settlement Conference

4/28/08 (25202) #298663.1

                                                                          & Beardsley LLP, attorney for Mike Brain

By: _Dawn Newton_ ATTORNEY for Defendant Mike Brain

It is hereby ordered: The Settlement Conference in this matter shall take place at \_\_\_10:00\_\_\_ am July 7, 2008. **Settlement Conference statements shall be lodged by hard copy only with Judge Chen's chambers by June 23, 2008.** The Parties are also bound by other **NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** attached hereto or referenced herein.

_____
Edward M. Chen, U.S. Magistrate

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

Case No.: CV 08- 0059 JSW    - 3 -    STIP CONTINUE Settlement Conference

4/28/08 (25202) #298663.1