Philip Green (SBN 092389)
Beverly R. Green (SBN 092388)
1000 4th Street, Suite 595
San Rafael, CA 94901

(415) 457-8300
phil@iplegal.com

Attorney for Plaintiff
Headlands Ventures, LLC

William E. Adams (SBN 153330)
Dawn Newton (SBN 209002)
FITZGERALD ABBOTT & BEARDSLEY, LLP
1221 Broadway, 21st Floor
Oakland, CA 93612

Tel: (510) 451-3300
Fax (510) 451-1527

wadams@fablaw.com
dnewton@fablaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| Headlands Ventures, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>Mike Brain, dba Mike's Bikes,<br><br>   Defendant | Case No.: CV 08- 0059 JSW (EMC)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: HONORABLE JEFFREY S. WHITE<br><br>Set for: August 8, 2008<br><br>Complaint Filed:   January 4, 2008<br>Trial Date:            None Set |

**STIPULATION**

Case No.: CV 08- 0059 JSW    - 1 -    STIP to CONTINUE Case Management Conference

6/17/08 (25202) #298663.1

1  WHEREAS, the Hon. Judge JEFFREY S. WHITE set a Case Management Conference
2  for August 8, 2008,
3  WHEREAS, however attorney Philip Green is scheduled to go to New York (Manhattan)
4  from August 4 through August 12, 2008 and cannot attend said Case Management Conference;
5  WHEREAS, counsel for the parties have met and conferred and agree as follows:
6  ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY
7  STIPULATE THAT:
8  Subject to Court approval, the hearing date for the Case Management Conference shall be August 22, 2008 at 1:30 pm (or such time as the Court shall set).

Dated: June 17, 2008                Law Offices of Green & Green

                                    */s/ Philip R. Green*

                                    By:  Philip Green ATTORNEY for Headlands Ventures, LLC.


Dated: June 20, 2008                */s/* _____ Fitzgerald Abbott
                                    & Beardsley LLP, attorney for Mike Brain



                                    *Dawn Newton*
                                    By: _____ ATTORNEY for Defendant
                                    Mike Brain

Case No.: CV 08- 0059 JSW   - 2 -   STIP to CONTINUE Case Management Conference

6/17/08 (25202) #298663.1

1
2  It is hereby ordered:  The Case Management Conference in this matter shall take
3  place at _____ am August 22, 2008.
4
5  The Parties shall file and serve a Case Management Conference Statement by:
6  _____.
7
8  _____
9  JEFFREY S. WHITE, Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
   Case No.:  CV 08- 0059 JSW   - 3 -   STIP to CONTINUE Case Management Conference

6/17/08 (25202) #298663.1