Philip Green (SBN 092389)
Beverly R. Green (SBN 092388)
1000 4th Street, Suite 595
San Rafael, CA 94901

(415) 457-8300
phil@iplegal.com

Attorney for Plaintiff
Headlands Ventures, LLC

William E. Adams (SBN 153330)
Dawn Newton (SBN 209002)
FITZGERALD ABBOTT & BEARDSLEY, LLP
1221 Broadway, 21st Floor
Oakland, CA 93612

Tel: (510) 451-3300
Fax (510) 451-1527

wadams@fablaw.com
dnewton@fablaw.com

FILED
JUN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

e-filing

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO BRANCH

| | |
|---|---|
| Headlands Ventures, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Mike Brain, dba Mike's Bikes,<br><br>Defendant | Case No.: CV 08- 0059 JSW (EMC)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Judge: HONORABLE JEFFREY S. WHITE<br><br>Set for: August 8, 2008<br><br>Complaint Filed:    January 4, 2008<br>Trial Date:         None Set |

**STIPULATION**

Case No.: CV 08- 0059 JSW   - 1 -   STIP to CONTINUE Case Management Conference

6/17/08 (25202) #298663.1

1   WHEREAS, the Hon. Judge JEFFREY S. WHITE set a Case Management Conference
2   for August 8, 2008,
3   WHEREAS, however attorney Philip Green is scheduled to go to New York (Manhattan)
4   from August 4 through August 12, 2008 and cannot attend said Case Management Conference;
5   WHEREAS, counsel for the parties have met and conferred and agree as follows:
6   ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY
7   STIPULATE THAT:
8   Subject to Court approval, the hearing date for the Case Management Conference shall be
9   August 22, 2008 at 1:30 pm (or such time as the Court shall set).

Dated: June 17, 2008                 Law Offices of Green & Green

                                     *Philip R. Green* (signature)

                                     _____
                                     By: Philip Green ATTORNEY for Headlands

                                     Ventures, LLC.


Dated: June 20, 2008                 _____ Fitzgerald Abbott

                                     & Beardsley LLP, attorney for Mike Brain




                                     Dawn Newton
                                     By: _____ ATTORNEY for Defendant

                                     Mike Brain

Case No.: CV 08- 0059 JSW   - 2 -   STIP to CONTINUE Case Management Conference

6/17/08 (25202) #298663.1

1

2  It is hereby ordered: The Case Management Conference in this matter shall take

3  place at ___1:30 p.m.___ ~~am August 22, 2008~~. September 5, 2008.

4  The Parties shall file and serve a joint Case Management Conference Statement by:

5  August 29, 2008.

6

7

8  _____Jeffrey S. White_____  JUN 2 4 2008

9  JEFFREY S. WHITE, Judge

Case No.: CV 08-0059 JSW  - 3 -  STIP to CONTINUE Case Management Conference

6/17/08 (25202) #298663.1