# In the United States District Court
# for the Northern District of California

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:** July 7, 2008

**Court Reporter:** Not Recorded

**Case No.:** C-08-0059 JSW (EMC)

**Case Name:** Headland Ventures, LLC v. Mike Brain

**Counsel:**
**Plf:** Philip R. Green          **Def:** Dawn Newton
      Beverly Robin Green               William E. Adams

**Outcome of Settlement Conference:**

| | |
|---|---|
| _____ | Settled |
| _____ | Partial settlement |
| ___X___ | Did not settle |
| _____ | Other: |

**Notes:** Further Settlement Conference to be scheduled in six (6) months (to be held in February 2009); Court to issue Scheduling Order.

**Time:** 5.5 hours

                                            _____/s/_____
                                            Leni Doyle, Deputy Clerk

cc:     EMC, JSW