**In the United States District Court**
**for the Northern District of California**

**AMENDED** Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**          July 7, 2008

**Court Reporter:**          Not Recorded

**Case No.:**          C-08-0059 JSW (EMC)

**Case Name:**   Headland Ventures, LLC v. Mike Brain

**Counsel:**
**Plf:**    Philip R. Green                    **Def:**   Dawn Newton
          Beverly Robin Green                    William E. Adams


**Outcome of Settlement Conference:**

|          |          |
|----------|----------|
| _____ | Settled |
| _____ | Partial settlement |
| ___X___ | Did not settle |
| _____ | Other: |

**Notes:** Further Settlement Conference to be scheduled in six (6) months (to be held in **January** 2009); Court to issue Scheduling Order.

**Time:** 5.5 hours


_____/s/_____
Leni Doyle, Deputy Clerk


cc:     EMC, JSW