1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7  HEADLAND VENTURES
8           Plaintiff(s),                              No. C 08-00059 JSW
9       v.                                             **CLERK'S NOTICE**
10 MIKE BRAIN
11          Defendant(s).
   _____/
12
        (Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

        YOU ARE HEREBY NOTIFIED that on November 14, 2008 at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Further Case Management Conference **previously noticed for** September 5, 2008 , in this matter.

Please report to courtroom 2, on the 17th floor, U. S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By:_____
                                          Jennifer Ottolini, Deputy Clerk
                                          Honorable Jeffrey S. White
                                          (415) 522-4173

Dated:  September 2, 2008

NOTE:  Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information